IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. SARAH GODLEWSKI, SARAH FOR WISCONSIN INC, and ACTBLUE LLC, *Defendants*. | Case No. 1:22-cv-06218 Judge Virginia M. Kendall Magistrate Judge Gabriel A. Fuentes |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), voluntarily dismisses Defendant ActBlue LLC, without prejudice.

Respectfully submitted,

Dated: December 2, 2022

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

### CERTIFICATE OF SERVICE

Plaintiff sent a copy of this filing to counsel for Defendant ActBlue LLC via electronic mail to their counsel, and to remaining Defendants via USPS first class mail, postage prepaid, to their last known address/registered agent.

/s/ Jorge Alejandro Rojas